**Order entered April 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00388-CV

### IN RE DOROTHEA E. H. LASTER, Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-06-08087-Z**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **DENY** relator's motion to file appendices two and three under seal and relator's motion for leave to file first amended petition for writ of mandamus as moot. We **ORDER** that relator bear the costs of this original proceeding.

/s/     DAVID LEWIS
           JUSTICE